IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**DIANE HEAFNER, AS GUARDIAN AND LEGAL
CUSTODIAN OF ALLIE NICOLE RICHARDSON,
A MINOR, AND AS ADMINISTRATRIX OF THE
ESTATE OF DENISE MICHELLE COBB, DECEASED**     **PETITIONER**

**VS.**     **CIVIL ACTION FILE NO. 2:09CV00120**

**ZURICH AMERICAN INSURANCE COMPANY,** *et al.*     **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

Upon Joint Motion for Dismissal with Prejudice stating that the plaintiffs have agreed to dismiss all claims filed in this action against the defendant, ZURICH AMERICAN INSURANCE COMPANY, with prejudice; and the Court having determined that said motion is well taken and should be, and hereby is, granted;

IT IS HEREBY ORDERED AND ADJUDGED that all claims filed by the plaintiffs in the above referenced matter against Zurich American Insurance Company should be dismissed with prejudice, with each party bearing their own costs.

SO ORDERED AND ADJUDGED, this the 9th day of November, 2009.

                                                    /s/ Sharion Aycock
                                                    **U.S. DISTRICT JUDGE**